# EXHIBIT 3



## State Court Administration
Iowa Judicial Branch Building
1111 East Court Avenue
Des Moines, IA 50319

Robert Gast
State Court Administrator

Ross Loder
Deputy State Court Administrator

April 20, 2023

Courthouse News Service
30 N. Raymond, Third Floor
Pasadena, CA 91101

Dear Bill Girdner:

The Iowa Judicial Branch is responding to your April 7, 2023 letter to Clerk of Court Anne Sheeley, and your September 16, 2022 letter to me, regarding access to new nonconfidential civil complaints. We appreciate you coming to us first with your concerns, and providing us with an opportunity to engage in a dialogue about access to court documents in Iowa.

You indicate that you are requesting "on-receipt access to the new civil actions." In other words, you are seeking access to cases that have been received by the system, but not yet processed by the clerk. We see some legal and practical difficulties with providing pre-processing access to new civil actions. It may be necessary to amend Iowa Code section 602.8102(9). That subsection currently states that as part of clerks' general duties, clerks shall:

> 9. Enter in the appearance docket a memorandum of the date of filing of all petitions, demurrers, answers, motions, or papers of any other description in the cause. A pleading of any description is considered filed when the clerk entered the date the pleading was received on the pleading <u>and the pleading shall not be taken from the clerk's office until the memorandum is made. The memorandum shall be made within two business days of a new petition or order being filed</u>, and as soon as practicable for all other pleadings. . . . The appearance docket is an index of each suit from its commencement to its conclusion.

Since the petition would not yet be processed, it is possible that it could later be returned by the clerk due to various errors, and thus would not be the operative petition. In addition, at the pre-processing stage, confidential documents would be commingled with non-confidential documents.

Bill Girdner
April 20, 2023
Page 2

As you may know, the Iowa Judicial Branch currently provides enhanced access to online documents. Enhanced access is available to members of the press upon registration as a user, payment, and the completion of an agreement. Participating journalists receive the same online access as lawyers to see and download public court records statewide as soon as the records appear on the docket, 24 hours a day, seven days a week. Attached is Courthouse News Services's EDMS User Agreement For Specialized Nonparty Users. Also attached is an excerpt from an Iowa Newspaper Association newsletter that explains a media search tool for Iowa Courts Online.

We are open to considering further enhancements in access to court documents, and are checking with our vendor, Tybera, about options. We also plan to bring this topic to the Iowa Supreme Court during its upcoming administrative term.

While the Iowa Judicial Branch considers further enhancements, please continue to use your enhanced access to online documents. In the meantime, please let us know if you have further questions.

Sincerely,

Robert Gast

Attachments

# IOWA JUDICIAL BRANCH

# EDMS USER AGREEMENT FOR SPECIALIZED NONPARTY USERS

This User Agreement ("Agreement") is between the State of Iowa, Iowa Judicial Branch ("Judicial Branch") and  Courthouse News Service , the authorized Electronic Data Management System Specialized Nonparty User ("User").

## Recitals

1. The Electronic Data Management System ("EDMS") is an internet-based electronic filing system for court filings with the Iowa Judicial Branch.

2. EDMS's primary users are parties, attorneys, and Iowa Judicial Branch personnel who use EDMS for the purpose of filing documents in active cases or reviewing and maintaining the official court record for any given case.

3. Interim Iowa Court Rule 16.305(1)(c) defines specialized nonparty users as "users who are generally not considered a party but who may need to view or download documents in multiple cases or view otherwise restricted information."

4. This User Agreement governs the use of EDMS by specialized nonparty users as contemplated by Interim Iowa Court Rule 16.305(1)(c).

## Terms and Conditions

1. User acknowledges and agrees to comply with all applicable terms and policies on the Iowa Judicial Branch and EDMS websites, including but not limited to the Terms of Use, Terms and Conditions, and Privacy Policy, which may change from time to time.

2. User agrees not to engage in any data mining. For purposes of this Agreement, "data mining" is defined as the utilization of software or computing devices to scan data contained within EDMS or Iowa Courts Online.

3. The Iowa Judicial Branch reserves the right to limit or suspend the access of specialized nonparty users due to system abuse, overload, or routine maintenance.

4. User acknowledges that the certain information is considered Protected Information pursuant to interim Iowa Court Rule 16.602. Protected Information includes:

    a. Social security numbers
    b. Financial account numbers
    c. Dates of birth
    d. Names of minor children
    e. Individual taxpayer identification numbers
    f. Personal identification numbers
    g. Other unique identifying numbers

1

# A new media search tool for Iowa Courts Online

Reporters who search for court records at county courthouses will find the process far easier thanks to a new search program installed by the Iowa court system.

The most important news is that reporters will no longer have to fork over 50-cents a page to the clerk of court to see what cases have been filed. What's more, the new program is far easier to use than the previous program, and it is much easier to find on public terminals at the courthouses.

Some history on the program:

Back in the days when lawyers filed paper court documents in the court clerks offices, the documents were dropped into a basket on the counter for anyone to search through (since court documents are public records).

Reporters typically checked these baskets each day to see what new lawsuits were filed.

That ended when the Iowa court system converted to electronic filing. Now, lawyers – and members of the public who represent themselves – are able to file court documents online, and those documents disappear into the court system's electronic database. You have to know the case number or a party's name in order to find court documents online.

Faced with the prospect of reporters no longer being able to see what new cases have been filed, the Iowa courts in collaboration with the Iowa Newspaper Association created a substitute that allowed reporters to search for new court filings within a certain date range – say, today, the past week, or over a two-week period some time in the past.

It was an imperfect solution, however.

The program was hard to find on courthouse terminals (it required two different user names and passwords), it was tricky to use, and rather than displaying the list of cases on the screen, it automatically kicked out an order for a paper printout. That could get expensive since users never knew how many pages a search would produce.

That was then. Now, reporters simply log onto the public terminal and click on the EPA Courthouse icon on the desktop to open the Iowa Courts Online search program. On the screen users will find a link to "Newspaper/Abstractor Reports" to open a page that has a field for searching for cases within a specific date range.

Users can choose between seeing search results on the screen as a web page or as an Excel spreadsheet, which can be downloaded onto a thumb drive or emailed by accessing an email account online. Reporters can still order a printout of the search results, but at least they will have an idea of how much it will cost.



While this new program is a huge improvement over the old one, it gives users access to only cases filed in the courthouse where the search is done. In other words, a reporter using a public terminal in Story County will see only Story County cases.

The Iowa Newspaper Association and the Iowa Freedom of Information Council continue to work with the Iowa courts to take the next logical step and allow date-range searches online. Until that day, this is a huge improvement.

For a more complete description of how to use the new search program and a list of public terminal user names and passwords for all Iowa county courthouses, go to the Iowa Newspaper Association website at inanews.com, or at the Iowa Freedom of Information site, ifoic.org.

Visit https://inanews.com/news-room-resources/a-new-media-search-tool-for-iowa-courts/ to download the Iowa District Court Public Access User Reports.