IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE**, **LEE ENTERPRISES, INC**<br><br>                      Plaintiffs,<br><br>v.<br><br>**ROBERT GAST**, in his official capacity as Iowa State Court Administrator, **ANNE SHEELEY**, in her official capacity as the Clerk of the District Court for Polk County,<br><br>                      Defendants. | Case No: 4:23-cv-00169 SHL-SBJ |

## JOINT STATUS REPORT

Pursuant to the Court's December 12, 2023 Order (see ECF No. 19), the parties hereby jointly submit this status report of the progress of the case.

The parties are actively proceeding with discovery. Plaintiffs have issued several rounds of written discovery requests. Defendants have responded to those requests in part. The parties have been conferring cooperatively regarding additional discovery materials implicated by Plaintiffs' requests. No depositions have been taken to date, but the parties have been in contact about coordinating a deposition schedule for this case, including the deposition of non-party Tybera Development Group in response to a subpoena duces tecum from Plaintiffs. The parties are actively engaged in settlement discussions and conducted several productive video conferences in December. As part of these discussions the parties have considered potential changes to current e-filing and access procedures that, if agreed upon, would require time to implement and thus require amendment of the Scheduling Order for the purpose of allowing sufficient time for implementation. The parties will promptly advise the Court if their settlement

discussions mature to the point where amendment of the Scheduling Order is necessary and appropriate.

Dated:  December 29, 2023

| BRYAN CAVE LEIGHTON PAISNER LLP | OFFICE OF THE IOWA ATTORNEY GENERAL |
|---|---|
| *s/ Herbert Giorgio*<br>Herbert Giorgio*<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>211 N. Broadway, Suite 3600<br>St. Louis, Missouri 63102<br>Tel. (314) 259-2000 \| Fax (314) 259-2020<br>herb.giorgio@bclplaw.com<br>*Admitted Pro Hac Vice | /s/ Jeffrey Peterzalek (w/ consent)<br>Jeffrey Peterzalek<br>OFFICE OF IOWA ATTORNEY GENERAL<br>1305 E. Walnut St.<br>Des Moines, IA 50319<br>Telephone: (515) 281-4213<br>Jeffrey.Peterzalek@ag.iowa.gov<br><br>*Attorneys for Defendants* |

Gary Dickey, AT#000199
*Counsel of Record for Plaintiff*
DICKEY, CAMPBELL, & SAHAG LAW FIRM, PLC
301 East Walnut Street, Suite 1
Des Moines, Iowa 50309
Tel. (515) 288-5008
Fax (515) 288-5010
gary@iowajustice.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by operation of the Court's electronic filing system on the date indicated below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 29th day of December, 2023.

*s/ Herbert Giorgio*
Herbert Giorgio