IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE**, **LEE ENTERPRISES, INC**<br><br>       Plaintiffs,<br><br>    v.<br><br>**ROBERT GAST**, in his official capacity as Iowa State Court Administrator, **ANNE SHEELEY**, in her official capacity as the Clerk of the District Court for Polk County,<br><br>       Defendants. | Case No: 4:23-cv-00169 SHL-SBJ |

## NOTICE OF SETTLEMENT

  Plaintiffs Courthouse News Service and Lee Enterprises, Inc. and Defendants Robert Gast, in his official capacity as Iowa State Court Administrator, and Anne Sheeley, in her official capacity as the Clerk of the District Court for Polk County, by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-titled matter. The Parties hereby request that the Court vacate all pending due dates and settings and retain jurisdiction over this case until Defendants can fully perform their duties as required under the Parties' written settlement agreement. It is estimated that Defendants will fully perform their duties by around mid-April, 2024. Upon Defendants' completion of their duties and their providing written confirmation of same to Plaintiffs (as mandated under the Parties' written settlement agreement), Plaintiffs will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for all Parties.

  Respectfully submitted,

Dated: March 13, 2024

| | |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER LLP | OFFICE OF THE IOWA ATTORNEY GENERAL |
| *s/ Herbert Giorgio* <br> Herbert Giorgio* <br> BRYAN CAVE LEIGHTON PAISNER LLP <br> 211 N. Broadway, Suite 3600 <br> St. Louis, Missouri 63102 <br> Tel. (314) 259-2000 | Fax (314) 259-2020 <br> herb.giorgio@bclplaw.com <br> *Admitted Pro Hac Vice* | /s/ Jeffrey Peterzalek (w/ consent) <br> Jeffrey Peterzalek <br> OFFICE OF IOWA ATTORNEY GENERAL <br> 1305 E. Walnut St. <br> Des Moines, IA 50319 <br> Telephone: (515) 281-4213 <br> Jeffrey.Peterzalek@ag.iowa.gov <br><br> *Attorneys for Defendants* |
| Gary Dickey, AT#000199 <br> *Counsel of Record for Plaintiff* <br> DICKEY, CAMPBELL, & SAHAG LAW FIRM, PLC <br> 301 East Walnut Street, Suite 1 <br> Des Moines, Iowa 50309 <br> Tel. (515) 288-5008 <br> Fax (515) 288-5010 <br> gary@iowajustice.com <br><br> *Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by operation of the Court's electronic filing system on the date indicated below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of March, 2024.

        *s/ Herbert Giorgio*
        Herbert Giorgio